UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHARLES HEWETT, | Case No. C06-0918-JPD |
| Plaintiff, | |
| v. | ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS |
| JO ANNE B. BARNHART, Commissioner of Social Security, | |
| Defendant. | |

Plaintiff's Application to Proceed In Forma Pauperis (Dkt. No. 1) is GRANTED. Plaintiff does not appear to have funds available to afford the $350.00 filing fee.

(1)   The Clerk is directed to send a copy of this Order to plaintiff's counsel, and to issue summonses to plaintiff's counsel to enable proper service of the complaint on the appropriate parties. **Plaintiff shall note that it is her or her attorney's responsibility to serve copies of the complaint properly along with appropriate summonses as required by Rule 4 of the Federal Rules of Civil Procedure.**

(2)   The Clerk is directed to send to plaintiff's counsel a copy of the Notice of Initial Assignment and Consent to Proceed before a United States Magistrate Judge.

DATED this 6th day of July, 2006.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge