UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHARLES HEWETT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JO ANNE BARNHART, Commissioner,<br>Social Security Administration,<br><br>　　　　Defendant. | Case No. C06-918-TSZ-JPD<br><br>ORDER GRANTING STIPULATED<br>MOTION FOR EXTENSION OF<br>TIME |

　　　　This matter comes before the Court upon the parties' stipulated motion for an extension of time, which was filed by plaintiff bearing the title "Amended Stipulation to Extend Time to File Plaintiff's Opening Brief." Dkt. No. 12.  Having carefully considered the motion and the balance of the record, the Court ORDERS as follows:

　　　　(1)　　The "Amended Stipulation to Extend Time to File" (Dkt. No. 12) is GRANTED. The briefing schedule for this case is amended.  Plaintiff shall file his opening brief no later than **November 13, 2006**. Defendant shall file her responsive brief no later than **December 11, 2006**. Plaintiff shall file her optional reply brief no later than **December 26, 2006**.

　　　　(2)　　The Clerk is directed to send a copy of this order to the parties and to the Honorable Thomas S. Zilly.

　　　　DATED this 1st day of November, 2006.

*James P. Donohue*
_____
JAMES P. DONOHUE
United States Magistrate Judge